UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
NOV 19 2013
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA

v.

ALI MOHAMED ALI,

Defendant.

Criminal No. 11-0106 (ESH)

ORDER

Pursuant to and for the reasons stated by the Court on November 17, 2013, it is hereby **ORDERED** that the Court's sealed orders (Dkt. Nos. 3, 50, 59, 60, 85, 123, 124, 125, 135, 136, 153, 154, 164, and 184) and the Court's sealed memorandum opinion (Dkt. No. 183) shall be unsealed immediately.

**SO ORDERED.**

ELLEN SEGAL HUVELLE
United States District Judge

Date: November 19, 2013