UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.   CRIMINAL NO. 11-106 (ESH)

ALI MOHAMED ALI

JURY NOTE

① For jury instruction no. 32, can we please get clarification on the meaning of the term "any act of depredation" (as stated in First Element).

② For ~~jury instruction no. 33, the etc~~ count one (as stated in jury instruction no. 33), ~~we need to find defendant knowingly &~~ ~~willfully is~~ are the verbage in the indictment (ie "counsel, command, & induce") required elements ~~to~~? If so, can you please elaborate on the meaning of these terms?

Date: 11/25/13
Time: 10:15 am

Foreperson